# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TERRENCE TY'RELL CARVIN

NO. 2019 KW 1197

NOV 25 2019

---

In Re:    State Of Louisiana, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 629,824.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT